# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| OAKLAND TACTICAL SUPPLY, LLC, JASON RAINES, MATTHEW REMENAR, SCOTT FRESH, RONALD PENROD, AND EDWARD GEORGE DIMITROFF, <br><br> Plaintiffs, <br><br> v. <br><br> HOWELL TOWNSHIP, a Michigan general law township, <br><br> Defendant. <br> _____ / | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-cv-13443-BAF-DRG <br> ) Honorable Bernard A. Friedman <br> ) <br> ) <br> ) <br> ) <br> ) |

Roger L. Myers (P49186)
MYERS & MYERS, PLLC
Attorneys for Plaintiffs
915 N. Michigan Avenue, Suite 200
Howell, Michigan 48843
(517) 540-1700
rmyers@myers2law.com

Martha A. Dean (admitted 12/06/18)
Co-Counsel for Plaintiffs
Law Offices of Martha A. Dean, LLC
144 Reverknolls
Avon, CT 06001
mdean@mdeanlaw.com

_____ /

William K. Fahey (P27745)
John S. Brennan (P55431)
Christopher S. Patterson (P74350)
FAHEY SCHULTZ BURZYCH RHODES, PLC
Attorneys for Defendant
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-3150
wfahey@fsbrlaw.com
jbrennan@fsbrlaw.com
cpatterson@fsbrlaw.com

Thomas R. Meagher (P32959)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Co-Counsel for Defendant
313 W. Washington Square
Lansing, Michigan 48933
(517) 371-8161
tmeagher@fosterswift.com

1

## JOINT STATUS REPORT AND STIPULATION FOR ENTRY OF ORDER

On August 28, 2019, the Court held a status/settlement conference. Subsequently, the Court stayed proceedings for the parties to explore settlement. As directed by the Court during the parties' discussions at the Court's August 28, 2019 status conference, Plaintiffs created additional preliminary documents for review by the Township Board of Defendant Township. On February 20, 2020, the Township received those documents, which were brought before the Township Board on March 20, 2020. The parties, by and through their attorneys, hereby represent that they are unable to reach a settlement agreement. Therefore the parties agree that it is in everyone's best interest to conduct a telephonic scheduling conference on the earliest available date for the Court.

STIPULATED AND AGREED:

MYERS & MYERS, PLLC
Attorneys for Plaintiffs
/s/ Roger L. Myers
Roger L. Myers (P49186)
915 N. Michigan Avenue, Suite 200
Howell, MI 48843
(517) 540-1700
rmyers@myers2law.com

Law Offices of Martha A. Dean, LLC
Co-counsel for Plaintiffs
/s/ Martha A. Dean
Martha A. Dean, Esq. (Admitted 12/6/18)
144 Reverknolls
Avon, CT 06001
Phone: 860-676-0033
Fax: 860-676-1112
mdean@mdeanlaw.com

FAHEY SCHULTZ BURZYCH RHODES, PLC
Attorneys for Defendant
/s/ William K. Fahey
William K. Fahey (P27745)
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-3510
wfahey@fsbrlaw.com

FOSTER, SWIFT, COLLINS & SMITH, P.C.
Co-Counsel for Defendant
/s/ Thomas R. Meagher
Thomas R. Meagher (P32959)
313 W. Washington Square
Lansing, Michigan 48933
(517) 371-8161
tmeagher@fosterswift.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

OAKLAND TACTICAL SUPPLY, LLC, )
JASON RAINES, MATTHEW REMENAR, )
SCOTT FRESH, RONALD PENROD, AND )
EDWARD GEORGE DIMITROFF, )

        Plaintiffs, )

        ) Case No. 18-cv-13443-BAF-DRG
  v. ) Honorable Bernard A. Friedman

HOWELL TOWNSHIP, )
a Michigan general law township, )

        Defendant. )
_____/

Roger L. Myers (P49186)
MYERS & MYERS, PLLC
Attorneys for Plaintiffs
915 N. Michigan Avenue, Suite 200
Howell, Michigan 48843
(517) 540-1700
rmyers@myers2law.com

Martha A. Dean
Co-Counsel for Plaintiffs
Law Offices of Martha A. Dean LLC
144 Reverknolls
Avon, CT 06001
mdean@mdeanlaw.com

William K. Fahey (P27745)
John S. Brennan (P55431)
Christopher S. Patterson (P74350)
FAHEY SCHULTZ BURZYCH RHODES, PLC
Attorneys for Defendant
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-3150
wfahey@fsbrlaw.com
jbrennan@fsbrlaw.com
cpatterson@fsbrlaw.com

Thomas R. Meagher (P32959)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Co-Counsel for Defendant
313 W. Washington Square
Lansing, Michigan 48933
(517) 371-8161
tmeagher@fosterswift.com

_____/

2

# ORDER

At a session of said Court held in the
U.S. Courthouse, Eastern District of Michigan,
On _____, 2020

PRESENT: <u>Honorable Bernard A. Friedman</u>
U.S. DISTRICT COURT JUDGE

THIS MATTER COMES before the Court upon stipulation of the parties and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the parties shall attend a telephonic scheduling conference on _____, 2020.

**IT IS SO ORDERED.**

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing on the attorneys of Record.

/s/ Roger L. Myers

14107:00362:4798161-1