UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Oakland Tactical Supply, LLC,
et al.,

                 Plaintiff(s),

v.                                             Case No. 2:18-cv-13443-BAF-DRG
                                              Hon. Bernard A. Friedman

Howell Township,

                 Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

       Motion to Dismiss – #60
       Motion for Summary Judgment – #61
       Motion to Strike – #66

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Bernard A. Friedman *without* oral argument.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/J. Curry-Williams
                                                 Case Manager

Dated: July 13, 2020