UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OAKLAND TACTICAL
SUPPLY, LLC, et al.,

    Plaintiffs,                                 Civil Action No. 18-CV-13443

vs.                                             HON. BERNARD A. FRIEDMAN

HOWELL TOWNSHIP,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL AUTHORITY

This matter is presently before the Court on defendant's motion for leave to respond to plaintiffs' supplemental authority [docket entry 81]. Together with this motion, defendant has filed its proposed response to plaintiffs' supplemental authority [docket entry 82]. Having reviewed the instant motion, the Court shall deny defendant's request because it believes the issues are already more than sufficiently briefed. Defendant's proposed response is hereby stricken.

    SO ORDERED.

Dated:  September 2, 2020
         Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge