UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OAKLAND TACTICAL SUPPLY LLC, et al.,

    Plaintiffs,                                       Civil Action No. 18-CV-13443

vs.                                               HON. BERNARD A. FRIEDMAN

HOWELL TOWNSHIP,

    Defendant.

_____/

## ORDER REQUIRING RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION

Plaintiffs in this matter have filed a motion for reconsideration [docket entry 86] of the Court's opinion and order granting defendant's motion to dismiss. Pursuant to E.D. Mich. LR 7.1(h)(2), defendant may respond to this motion within twenty-one days of the date of this order. Plaintiffs may reply within fourteen days after being served with defendant's response.

SO ORDERED.

                                                      s/Bernard A. Friedman
                                                      BERNARD A. FRIEDMAN
Dated: December 14, 2020           SENIOR UNITED STATES DISTRICT JUDGE
       Detroit, Michigan