## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

OAKLAND TACTICAL SUPPLY, LLC, JASON RAINES, MATTHEW REMENAR, SCOTT FRESH, RONALD PENROD, AND EDWARD GEORGE DIMITROFF, )
)
)
)
)
)

         *Plaintiffs*, )  Case No. <u>18-cv-13443-BAF-DRG</u>
)
   v. )
)
HOWELL TOWNSHIP, a Michigan general law township, )
)
)
         *Defendant*. )

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Oakland Tactical Supply, LLC, Jason Raines, Matthew Remenar, Scott Fresh, Ronald Penrod, and Edward George Dimitroff hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment for Defendant against Plaintiffs, dated September 10, 2020, Doc. 85, and from the Opinion and Order denying Plaintiffs' Motion for Reconsideration, dated February 9, 2021, Doc. 91.

Dated: March 10, 2021         Respectfully submitted,

                      By: <u>/s/ Roger L. Myers</u>
                      Roger L. Myers (P49186)
                      MYERS & MYERS, PLLC
                      915 N. Michigan Avenue, Suite 200
                      Howell, MI 48843
                      (517) 540-1700
                      rmyers@myers2law.com

/s/ Martha A. Dean
Martha A. Dean, Esq. (Admitted 12/6/18)
LAW OFFICES OF MARTHA A. DEAN, LLC
144 Reverknolls
Avon, CT 06001
860-676-0033
mdean@mdeanlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically filed the foregoing

Notice of Appeal with the Clerk of the Court using the ECF system.

By: /s/ Roger L. Myers