UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OAKLAND TACTICAL SUPPLY,
LLC, et al.,

       Plaintiffs,                        Civil Action No. 18-cv-13443
                                                  HON. BERNARD A. FRIEDMAN

vs.

HOWELL TOWNSHIP,

       Defendant.
_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR EXTENSION OF TIME AS MOOT

Before the Court is a Motion for Extension of Time to File Response Brief filed by Plaintiffs Oakland Tactical Supply, LLC, Jason Raines, Matthew Remenar, Ronald Penrod, Edward George Dimitroff and Scott Fresh. (ECF No. 101).

On August 31, 2022, this Court ordered Defendant Howell Township to submit supplemental briefing in support of its Motion to Dismiss within thirty days; Plaintiffs were ordered to submit a response brief within fourteen days thereafter. (ECF No. 96). On September 30, 2022, Howell Township filed its Supplemental Brief. (ECF No. 97). On October 12, 2022, Plaintiffs filed the instant Motion for Extension of Time to File Response Brief requesting an

extension of 10 days, until October 24, 2022, to file their responsive brief. (ECF No. 101). Howell Township opposed this request on October 13, 2022. (ECF No. 102). Then on October 14, 2022, Plaintiffs filed their responsive supplemental brief. (ECF No. 104). Because Plaintiffs filed their responsive supplemental brief by the Court's original deadline without any extension, it is

ORDERED that Plaintiffs' Motion for Extension of Time to File Response Brief (ECF No. 101) is DENIED AS MOOT.

**IT IS SO ORDERED.**

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: November 2, 2022
　　　Detroit, Michigan