UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| OAKLAND TACTICAL SUPPLY, LLC, JASON RAINES, MATTHEW REMENAR, SCOTT FRESH, RONALD PENROD, and EDWARD DIMITROFF,<br><br>    Plaintiffs,<br><br>v.<br><br>HOWELL TOWNSHIP,<br><br>    Defendant. | Case No.: 18-cv-13443<br><br>HON. BERNARD A. FRIEDMAN<br>MAG. JUDGE DAVID R. GRAND<br><br>**STIPULATION TO ADJOURN HEARING** |

---

Roger L. Myers (P49186)
**Myers & Myers, PLLC**
Attorneys for Plaintiffs
915 N. Michigan Avenue, Suite 200
Howell, MI 48843
(517) 540-1700
rmyers@myers2law.com

Martha A. Dean (P305881)
**Law Offices of Martha A. Dean, LLC**
Co-Counsel for Plaintiffs
144 Reverknolls
Avon, CT 06001
(860) 676-0033
mdean@mdeanlaw.com

William K. Fahey (P27745)
Christopher S. Patterson (P74350)
**Fahey Schultz Burzych Rhodes PLC**
Attorneys for Defendant
4151 Okemos Road
Okemos, MI 48864
(517) 381-0100
wfahey@fsbrlaw.com
cpatterson@fsbrlaw.com

Matthew M. Hagerty (P66015)
**Myers & Myers PLLC**
Co-Counsel for Plaintiffs Oakland, Raines, Remenar, and Fresh
915 N. Michigan Ave
Howell, MI 48843
(517) 540-1700
mhagerty@myers2law.com

## STIPULATION TO ADJOURN HEARING

Plaintiffs Oakland Tactical Supply, LLC, Jason Raines, Scott Fresh, Matthew Remenar, Ronald Penrod, and Edward Dimitroff (collectively, the "Plaintiffs") and Defendant Howell Township ("Defendant") (collectively, the "Parties"), through their respective counsel, agree as follows:

1. The Parties' counsel met on December 21, 2022, at 3:00 PM for an informal video conference on the above-captioned matter.

2. At said video-conference, the Parties' counsel agreed to stipulate to an adjournment of the January 17, 2023, date listed in this Court's recent Notice to Appear (ECF 111, PageID.2584).

3. The January 17, 2023, date conflicts with a teaching obligation that Defendant's counsel is unable to reschedule.

4. Based on a phone call with the case administrator, the Parties understand that this Court schedules hearings on Tuesdays and Wednesdays.

5. In the interest of holding the hearing on the earliest date when the Parties' counsel are available, the Parties provide the following dates of availability:

    a. Tuesday, January 31 (1:30 PM or after);

    b. Wednesday, February 1 (all day);

    c. Tuesday, February 7 (1:30 PM or after);

    d. Wednesday, February 8 (all day);

2

    e.  Tuesday, February 14 (1:30 PM or after);

    f.  Wednesday, February 15 (all day);

    g.  Tuesday, February 28 (1:30 PM or after); and

    h.  Wednesday, March 1 (all day).

6. The Parties agree that if none of the dates and times above will work for this Court, but a Tuesday morning in February is open, Defendant's counsel will rearrange their teaching schedule to allow the hearing to occur on a Tuesday morning on one of the ***February dates listed above***, although it is not Defendant's counsel's preferred availability.

7. A proposed stipulated order is attached.

                                    Stipulated as to form and content:

                                    **Law Offices of Martha A. Dean, LLC**
                                  Attorneys for Plaintiffs

Dated: January 9, 2023      */s/ Martha A. Dean* (with permission)
                                  Martha A. Dean, Esq. (Admitted 12/6/18)
                                  144 Reverknolls
                                  Avon, CT 06001
                                  (860) 676-0033

                                  **Fahey Schultz Burzych Rhodes PLC**
                                  Attorneys for Defendant

Dated: January 9, 2023      */s/ Christopher S. Patterson*
                                  William K. Fahey (P27745)
                                  Christopher S. Patterson (P74350)
                                  4151 Okemos Road
                                  Okemos, MI 48864
                                  (517) 381-0100

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| OAKLAND TACTICAL SUPPLY, LLC, JASON RAINES, MATTHEW REMENAR, SCOTT FRESH, RONALD PENROD, and EDWARD DIMITROFF,<br><br>    Plaintiffs,<br><br>v.<br><br>HOWELL TOWNSHIP,<br><br>    Defendant. | Case No.: 18-cv-13443<br><br>HON. BERNARD A. FRIEDMAN<br>MAG. JUDGE DAVID R. GRAND<br><br>**<u>STIPULATED ORDER OF ADJOURNMENT</u>** |

| | |
|---|---|
| Roger L. Myers (P49186)<br>**Myers & Myers, PLLC**<br>Attorneys for Plaintiffs<br>915 N. Michigan Avenue, Suite 200<br>Howell, MI 48843<br>(517) 540-1700<br>rmyers@myers2law.com<br><br>Martha A. Dean (P305881)<br>**Law Offices of Martha A. Dean, LLC**<br>Co-Counsel for Plaintiffs<br>144 Reverknolls<br>Avon, CT 06001<br>(860) 676-0033<br>mdean@mdeanlaw.com | William K. Fahey (P27745)<br>Christopher S. Patterson (P74350)<br>**Fahey Schultz Burzych Rhodes PLC**<br>Attorneys for Defendant<br>4151 Okemos Road<br>Okemos, MI 48864<br>(517) 381-0100<br>wfahey@fsbrlaw.com<br>cpatterson@fsbrlaw.com<br><br>Matthew M. Hagerty (P66015)<br>**Myers & Myers PLLC**<br>Co-Counsel for Plaintiffs Oakland, Raines, Remenar, and Fresh<br>915 N. Michigan Ave<br>Howell, MI 48843<br>(517) 540-1700<br>mhagerty@myers2law.com |

## STIPULATED ORDER OF ADJOURNMENT

This matter having come before this Court upon stipulation of the Parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The formal hearing scheduled for January 17, 2023, for the above-captioned matter is hereby adjourned to Tuesday, January 31, 2023 at 2:00 p.m.

**IT IS SO ORDERED.**

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: January 9, 2023
Detroit, Michigan