# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OAKLAND TACTICAL SUPPLY, LLC, JASON RAINES, MATTHEW REMENAR, SCOTT FRESH, RONALD PENROD, AND EDWARD GEORGE DIMITROFF, *Plaintiffs*, v. HOWELL TOWNSHIP, a Michigan general law township, *Defendant*. | Case No. 18-cv-13443-BAF-DRG |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Oakland Tactical Supply, LLC, Jason Raines, Matthew Remenar, Scott Fresh, Ronald Penrod, and Edward George Dimitroff hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment entered February 22, 2023, Doc. 118.

Dated: February 24, 2023      Respectfully submitted,

By: /s/ Roger L. Myers
Roger L. Myers (P49186)
MYERS & MYERS, PLLC
915 N. Michigan Avenue, Suite 200
Howell, MI 48843
(517) 540-1700
rmyers@myers2law.com

1

2

/s/ Martha A. Dean
Martha A. Dean, Esq. (Admitted 12/6/18)
LAW OFFICES OF MARTHA A. DEAN, LLC
144 Reverknolls
Avon, CT 06001
860-676-0033
mdean@mdeanlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system.

By: */s/ Roger L. Myers*